**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-03061 |
| ANTHONY MICHAEL MLECZKO, Sr. | § | Chapter 7 |
| ELIZABETH ANN MLECZKO | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 South Dearborn
> Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on  1/11/13  at:

> Joliet City Hall
> Second Floor
> 150 West Jefferson Street
> Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/5/12      By:  /s/ Joji Takada
                                       Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         §
                                               §
ANTHONY MICHAEL MLECZKO, Sr.                   §   Case No. 12-03061
ELIZABETH ANN MLECZKO                          §
                                               §
                                               §
            Debtor(s)                          §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,215.33 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,215.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 0.00 | $ 0.00 | $ 1,771.53 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,771.53 |
| Remaining Balance | | $ | 8,443.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,228.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nelnet On Behalf Of Us Dept Of Education | $ 28,351.97 | $ 0.00 | $ 4,583.68 |
| 2 | Illinois American Water | $ 223.94 | $ 0.00 | $ 36.20 |
| 3 | GE Capital Retail Bank | $ 1,115.32 | $ 0.00 | $ 180.31 |
| 4 | GE Capital Retail Bank | $ 8,967.97 | $ 0.00 | $ 1,449.86 |
| 5 | Fia Card Services N. A. | $ 9,996.19 | $ 0.00 | $ 1,616.09 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 726.74 | $ 0.00 | $ 117.49 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,164.09 | $ 0.00 | $ 188.20 |
| 8 | Capital One | $ 1,682.25 | $ 0.00 | $ 271.97 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,443.80 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                    Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony Michael Mleczko, Sr  
Elizabeth Ann Mleczko  
      Debtors

Case No. 12-03061-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dwilliams      Page 1 of 3      Date Rcvd: Dec 06, 2012  
                         Form ID: pdf006      Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2012.

```
db/jdb          Anthony Michael Mleczko, Sr,    Elizabeth Ann Mleczko,    14836 Soth Arboretum Drive,
                 Homer Glen, IL  60491
18415739      +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18415740      +Bank Of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
19108825       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18415741      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
18415742      +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
18415743      +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,    Po Box 551080,
                 Jacksonville, FL 32255-1080
18415744      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18415745      +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
                 Kansas City, MO 64195-0363
18415746      +Citibankna,    Po Box 769006,    San Antonio, TX 78245-9006
18415751       Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
18415752      +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
18895858       FIA CARD SERVICES, N.A. successor to,    Bank of America, N.A. (USA) and,
                 MBNA America Bank, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18415754      +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 E Paris Ave Se,
                 Grand Rapids, MI 49546-6253
18415755      +Ford Cred,    Po Box 6275,    Deerborn, MI 48121-6275
18415760       Grants Appl,    Mac 4031-080,    Des Moines, IA 50309
18415763     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/bstby,     Po Box 15519,     Wilmington, DE 19850)
18415761      +Harris,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
18415762      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18415764      +Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
18415765       Illinois American Water,    P.O. Box 94551,    Palatine, IL 60094-4551
18415766      +Kinecta Fed Cu,    1440 Rosecrans Ave,    Manhattan Beach, CA 90266-3702
18415768      +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18415769      +Mid Oper Eng,    6200 Joliet Rd,    Countryside, IL 60525-3957
18415771      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
18415772      +NuWay Disposal Service Inc.,    P.O. Box 9,    Mokena, IL 60448-0009
18415773      +Palos Community Hospital,    12251 S. 80th Avenue,    Palos Heights, IL 60463-0930
18415774      +Pnc Mortgage Servicing,    Attention: Bankruptcy,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
18415775     #+Primary Health Assoc., PC,    16604 S. 107th Ct,    Orland Park, IL 60467-8898
18415776      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18415777      +Shell Oil / Citibank,    Attn.: Centralized  Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
18415780      +Tnb-Visa  (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
                 Minneapolis, MN 55440-9475
18415781      +Toyota Financial Servi,    Toyota Financial Services,    Po Box 8026,    Cedar Rapids, IA 52408-8026
18796479       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
18415782      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
18415783      +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
18415784      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18415748       E-mail/Text: legalcollections@comed.com Dec 07 2012 01:50:53     Com Ed,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
18415749      +E-mail/Text: creditonebknotifications@resurgent.com Dec 07 2012 01:47:51      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
18415750      +E-mail/Text: electronicbkydocs@nelnet.net Dec 07 2012 03:22:05      Dept Of Education/neln,
                 3015 Parker Rd,    Aurora, CO 80014-2904
18415753      +E-mail/Text: admin@fcs2collect.com Dec 07 2012 01:51:10      Falls Collection Svc,    Po Box 668,
                 Germantown, WI 53022-0668
18854727       E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2012 02:04:15      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18415758      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 02:04:01      GEMB / HH Gregg,
                 Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18415756      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 02:04:01      Gecrb/discount Tire,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
18415757      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 02:04:01      Gecrb/walmar,    Po Box 981400,
                 El Paso, TX 79998-1400
18415759      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 02:01:12      Gemb/walmart Dc,    Walmart/GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
18842733      +E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM Dec 07 2012 01:51:24      Illinois American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
18415767      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2012 01:48:06      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
18841648      +E-mail/Text: electronicbkydocs@nelnet.net Dec 07 2012 03:22:05
                 Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
```

```
District/off: 0752-1           User: dwilliams            Page 2 of 3                   Date Rcvd: Dec 06, 2012
                               Form ID: pdf006           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18415770     +E-mail/Text: bankrup@nicor.com Dec 07 2012 01:47:00     Nicor Gas,
              Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
18996727     +E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2012 01:46:52
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
18996728     +E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2012 01:46:52
              PYOD, LLC its successors and assigns as assignee,   of FNBM,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
18415778      E-mail/PDF: cbp@slfs.com Dec 07 2012 02:31:53     Springleaf Financial Services,
              Attention: Bankruptcy Department,   601 Nw 2nd St.,   Evansville, IN 47708
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18415779       Td Auto Finance
18415747     ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2012**                    **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams            Page 3 of 3            Date Rcvd: Dec 06, 2012
                              Form ID: pdf006            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2012 at the address(es) listed below:

```
          Evan   Moscov    on behalf of Plaintiff   Target National Bank evan.moscov@moscovlaw.com,
           ADVNotices@w-legal.com
          Joji   Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert R Salus    on behalf of Debtor Anthony Mleczko rrs@cs-ltd.com
                                                                                           TOTAL: 4
```