UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANTHONY MICHAEL MLECZKO, Sr. | § | Case No. 12-03061 |
| ELIZABETH ANN MLECZKO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**)<br><br>PRIOR CHAPTER<br>    ADMIN. FEES AND CHARGES (from **Exhibit 5**)<br><br>    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)<br>GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | Mid Oper Eng 6200 Joliet Rd Countryside, IL 60525 |  |  |  |  |  |
|  | Toyota Financial Servi Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Capital One | | | | | |
| 5 | Fia Card Services N. A. | | | | | |
| 3 | GE Capital Retail Bank | | | | | |
| 4 | GE Capital Retail Bank | | | | | |
| 2 | Illinois American Water | | | | | |
| 1 | Nelnet On Behalf Of Us Dept Of Education | | | | | |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-03061 BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | ANTHONY MICHAEL MLECZKO, Sr. | | | Date Filed (f) or Converted (c): | 01/30/2012 (f) |
| | ELIZABETH ANN MLECZKO | | | 341(a) Meeting Date: | 02/27/2012 |
| For Period Ending: | 07/02/2013 | | | Claims Bar Date: | 07/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 14836 S. Arboretum Drive Homer Glen Il 60 | 194,800.00 | 0.00 | | 0.00 | FA |
| 2. First Midwest Checking Acct # Xxxx983 11200 W. 143Rd Street | 290.00 | 0.00 | | 0.00 | FA |
| 3. Harris Bank Checking Acct # Xxx050 P.O. Box 94033 Palatine, | 128.00 | 0.00 | | 0.00 | FA |
| 4. Harris Bank Savings Acct # Xxx718 P.O. Box 94033 Palatine, I | 73.33 | 0.00 | | 0.00 | FA |
| 5. Various Everyday Household Goods & Furnishings Location: 148 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Normal Everyday Wearing Apparell Location: 14836 Soth Arbore | 300.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Rings Location: 14836 Soth Arboretum Drive, Homer Gl | 300.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Estimated Tax Refund | 15,924.00 | 0.00 | | 10,215.33 | FA |
| 9. 2009 Honda Fit | 9,400.00 | 0.00 | | 0.00 | FA |
| 10. 2011 Toyota Sienna | 22,650.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $245,365.33    $0.00    $10,215.33    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

050112--Debtor turned over non-exempt 2011 tax refund.
120512--TFR filed
01301--TFR and Fee Applications approved; Distribution made to creditors.

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Page: 2

Case 12-03061    Doc 39    Filed 07/24/13    Entered 07/24/13 22:46:31    Desc Main
Initial Projected Date of Final Report (TFR): 01/30/2014    Current Projected Date of Final Report (TFR): 01/30/2014
Document    Page 7 of 10

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03061 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ANTHONY MICHAEL MLECZKO, Sr. ELIZABETH ANN MLECZKO | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX6864 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0142 | Blanket Bond (per case limit): | |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/12 | 8 | Elizabeth Mleczko | Non-exempt funds Non-exempt 2011 tax refund | 1129-000 | $10,215.33 | | $10,215.33 |
| 01/15/13 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,771.53 | $8,443.80 |
| 01/15/13 | 1002 | Nelnet On Behalf Of Us Dept Of Education U.S. Dept Of Education 3015 South Parker Road Suite 400 Aurora Co 80014 | Final distribution to claim | 7100-000 | | $4,583.68 | $3,860.12 |
| 01/15/13 | 1003 | Illinois American Water P.O. Box 578 Alton, Il 62002 | Final distribution to claim | 7100-000 | | $36.20 | $3,823.92 |
| 01/15/13 | 1004 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Final distribution to claim | 7100-000 | | $180.31 | $3,643.61 |
| 01/15/13 | 1005 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Final distribution to claim | 7100-000 | | $1,449.86 | $2,193.75 |
| 01/15/13 | 1006 | Fia Card Services N. A. Fia Card Services, N.A. Successor To Bank Of America, N.A. (Usa) And Mbna America Bank, N.A. Po Box 15102 Wilmington, De 19886-5102 | Final distribution to claim | 7100-000 | | $1,616.09 | $577.66 |
| 01/15/13 | 1007 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim | 7100-000 | | $117.49 | $460.17 |
| 01/15/13 | 1008 | Pyod, Llc Its Successors And Assigns As Assignee Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim | 7100-000 | | $188.20 | $271.97 |

Page Subtotals: $10,215.33   $9,943.36

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-03061 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | ANTHONY MICHAEL MLECZKO, Sr. | Bank Name: | Congressional Bank |
|  | ELIZABETH ANN MLECZKO | Account Number/CD#: | XXXXXX6864 |
|  |  |  | Checking Account |
| Taxpayer ID No: | XX-XXX0142 | Blanket Bond (per case limit): |  |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/13 | 1009 | Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim | 7100-000 |  | $271.97 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,215.33 | $10,215.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,215.33 | $10,215.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,215.33 | $10,215.33 |

Page Subtotals: $0.00   $271.97

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6864 - Checking Account | $10,215.33 | $10,215.33 | $0.00 |
|  | $10,215.33 | $10,215.33 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $10,215.33 |
| **Total Gross Receipts:** | $10,215.33 |